**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WANDA I. ANDALUZ-PRADO**                                                                 **PLAINTIFF**
**ADC #715264**

**v.**                                          **Case No: 3:25-cv-00147-LPR**

**ADC, et al.**                                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 11) and the Plaintiff's Objections (Doc. 12).[1]  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Docs. 2 & 7) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 31st day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has also reviewed Plaintiff's other post-RD filings.  *See* Docs. 13–16.  To the extent they could be construed as objections to the RD, the Court has considered them and concludes that they do not affect the outcome of the Court's decision.